IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CAMPBELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HILL PHYSICIANS MEDICAL GROUP,<br>INC. d/b/a PHYSICIANS<br>INTEGRATED MEDICAL GROUP, INC.<br><br>　　　　Defendant. | Case No. 11-04041 SC<br><br>ORDER GRANTING PLAINTIFFS'S<br>MOTION FOR LEAVE TO FILE<br><u>AMENDED COMPLAINT</u> |

Now before the Court is Plaintiff Larry Campbell's ("Plaintiff") Motion for Leave to File an Amended Complaint. ECF No. 15 ("Mot."). Defendant Hill Physicians Medical Group, Inc. has filed a statement of non-opposition to the Motion. ECF No. 16. Having considered Plaintiff's arguments and finding that good cause exists, the Court GRANTS the Motion. The case management conference scheduled for January 27, 2012 is hereby continued to March 30, 2012 at 10:00 a.m. The conference shall take place in Courtroom 1 at 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: January 24, 2012

　　　　　　　　　　　　　　　　　_/s/ Samuel Conti_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE