ROBERT M. BRAMSON CA Bar No. 102006
  rbramson@bramsonplutzik.com
DANIEL E. BIRKHAEUSER CA Bar No. 136646
  dbirkhaeuser@bramsonplutzik.com
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CA 94598
TELEPHONE:   925.945.0200
FACSIMILE:   925.945.8792

LEONARD BENNETT (Admitted Pro Hac Vice)
MATTHEW J. ERAUSQUIN (Admitted Pro Hac Vice)
  matt@clalega.com
**CONSUMER LITIGATION ASSOCIATES, P.C.**
1800 DIAGONAL ROAD, SUITE 600
ALEXANDRIA, VIRGINIA 22314
TELEPHONE:   703.273.7770
FACSIMILE:   888.892.3512

Attorneys for Plainitff LARRY CAMPBELL

EILEEN R. RIDLEY CA Bar No. 151735
  eridley@foley.com
MICHAEL A. NARANJO CA Bar No. 221449
  mnaranjo@foley.com
KRISTY K. MARINO CA Bar No.  241005
  KMarino@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:   415.434.4484
FACSIMILE:   415.434.4507

Attorneys for Defendant HILL PHYSICIANS MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CAMPBELL<br><br>        Plaintiff,<br><br>   v.<br><br>HILL PHYSICIANS MEDICAL GROUP, INC., PHYSICIANS INTEGRATED MEDICAL GROUP, INC.<br><br>        Defendant. | Case No:  C11-04041-SC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [LOCAL RULE 6-1]**<br><br>Judge:     Hon. Samuel Conti<br>Date Complaint Filed:  August 18, 2011<br><br>[JURY TRIAL DEMANDED]<br><br><u>CLASS ACTION</u> |

Pursuant to U.S. District Court, Northern California Local Rule 6-1, the parties, by and

---

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. C11-04041-SC

4832-6444-4943.1

1 through their counsel of record, stipulate that defendant HILL PHYSICIANS MEDICAL
2 GROUP, INC. has an extension within which to respond to the complaint such that responsive
3 pleadings and/or motions from defendant Hill Physicians Medical Group, Inc. shall be due on
4 and including **May 9, 2012**.

5     All defenses to the complaint are reserved by defendants including any challenges to
6 service and jurisdiction.

7     IT IS SO STIPULATED.

Dated:  April 3, 2012      **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
ROBERT M. BRAMSON
DANIEL E. BIRKHAEUSER

**CONSUMER LITIGATION ASSOCIATES, P.C.**
LEONARD BENNETT
MATTHEW J. ERAUSQUIN


BY: <u>/S/ ROBERT M. BRAMSON</u>
    ROBERT M. BRAMSON
    ATTORNEYS FOR PLAINTIFF LARRY CAMPBELL

Dated:  April 3, 2012      **FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
MICHAEL A. NARANJO
KRISTY K. MARINO


By: <u>/S/ EILEEN R. RIDLEY</u>
    EILEEN R. RIDLEY
    Attorneys for Defendant HILL PHYSICIANS MEDICAL GROUP, INC.