ROBERT M. BRAMSON CA Bar No. 102006
    rbramson@bramsonplutzik.com
DANIEL E. BIRKHAEUSER CA Bar No. 136646
    dbirkhaeuser@bramsonplutzik.com
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CA 94598
TELEPHONE:     925.945.0200
FACSIMILE:      925.945.8792

LEONARD BENNETT (Admitted Pro Hac Vice)
MATTHEW J. ERAUSQUIN (Admitted Pro Hac Vice)
    matt@clalega.com
**CONSUMER LITIGATION ASSOCIATES, P.C.**
1800 DIAGONAL ROAD, SUITE 600
ALEXANDRIA, VIRGINIA 22314
TELEPHONE:     703.273.7770
FACSIMILE:      888.892.3512

Attorneys for Plainitff LARRY CAMPBELL

EILEEN R. RIDLEY CA Bar No. 151735
    eridley@foley.com
MICHAEL A. NARANJO CA Bar No. 221449
    mnaranjo@foley.com
KRISTY K. MARINO CA Bar No.  241005
    KMarino@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:     415.434.4484
FACSIMILE:      415.434.4507

Attorneys for Defendant HILL PHYSICIANS MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CAMPBELL<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HILL PHYSICIANS MEDICAL GROUP, INC., PHYSICIANS INTEGRATED MEDICAL GROUP, INC.<br><br>　　　　Defendant. | Case No: C11-04041-SC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [LOCAL RULE 6-1]**<br><br>Judge:     Hon. Samuel Conti<br>Date Complaint Filed:  August 18, 2011<br><br>[JURY TRIAL DEMANDED]<br><br><u>CLASS ACTION</u> |

Pursuant to U.S. District Court, Northern California Local Rule 6-1, the parties, by and

1  through their counsel of record, stipulate that defendant HILL PHYSICIANS MEDICAL
2  GROUP, INC. has an extension within which to respond to the complaint such that responsive
3  pleadings and/or motions from defendant Hill Physicians Medical Group, Inc. shall be due on
4  and including **May 9, 2012**.

5      All defenses to the complaint are reserved by defendants including any challenges to
6  service and jurisdiction.

7      IT IS SO STIPULATED.

Dated:  April 3, 2012

**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
ROBERT M. BRAMSON
DANIEL E. BIRKHAEUSER

**CONSUMER LITIGATION ASSOCIATES, P.C.**
LEONARD BENNETT
MATTHEW J. ERAUSQUIN


BY:  /S/ ROBERT M. BRAMSON
    ROBERT M. BRAMSON
    ATTORNEYS FOR PLAINTIFF LARRY CAMPBELL

Dated:  April 3, 2012

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
MICHAEL A. NARANJO
KRISTY K. MARINO


By:  /S/ EILEEN R. RIDLEY
    EILEEN R. RIDLEY
    Attorneys for Defendant HILL PHYSICIANS MEDICAL GROUP, INC.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]