**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN (SBN: 191155)
NATALJA FULTON (SBN: 254858)
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
PHYSICIANS INTEGRATED
MEDICAL GROUP, INC. (a dissolved California corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY CAMPBELL,<br><br>    Plaintiff,<br><br> v.<br><br>HILL PHYSICIANS MEDICAL GROUP, INC., PHYSICIANS INTEGRATED MEDICAL GROUP, INC.,<br><br>    Defendants. | Case No. 3:11-cv-04041-SC<br><br>**FURTHER STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT [LOCAL RULE 6-1(A)]**<br><br>**Judge: Honorable Samuel Conti**<br>Amended Complaint Filed: March 23, 2012<br><br>[JURY TRIAL DEMANDED]<br><br><u>CLASS ACTION</u> |

Plaintiff LARRY CAMPBELL ("Plaintiff") and Defendant PHYSICIANS INTEGRATED MEDICAL GROUP, INC. ("Defendant"), through their counsel of record and pursuant to Local Rule 6-1(a), stipulate and extend the time by which this Defendant has to answer or otherwise respond to Plaintiff's Amended Complaint.

<u>**STIPULATION**</u>

WHEREAS, Plaintiff originally filed this action on August 18, 2011;

WHEREAS, Plaintiff filed his Amended Complaint on March 23, 2012;

WHEREAS, Plaintiff served his Amended Complaint naming this Defendant on June 6, 2012, and the current deadline for Defendant's response to the Amended Complaint is August 6,

1  2012;

2  WHEREAS, upon mutual agreement, Plaintiff and Defendant stipulate and agree that this

3  Defendant may have an extension until September 21, 2012, to answer or otherwise respond to

4  Plaintiff's Amended Complaint;

5  WHEREAS, this extension of time will not alter the date of any event or deadline already

6  fixed by the Court;

7  ACCORDINGLY, Plaintiff and Defendant hereby stipulate to an extension of time to

8  September 21, 2012 for Defendant to answer or otherwise respond to Plaintiff's Amended Complaint.

9  **IT IS SO STIPULATED.**

10                                          Respectfully Submitted,

11  DATED: August 8, 2012          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

13                                          By ___/s/_____
                                            Lisa Barnett Sween
14                                          Natalja M. Fulton
                                            Attorneys for Defendant
15                                          PHYSICIANS INTEGRATED MEDICAL GROUP, INC.

17  DATED: August 8, 2012          **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
18                                 Robert M. Bramson
                                   Daniel E. Birkhaeuser
19

20                                 **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                   Leonard Bennett
21                                 Matthew J. Erausquin

23                                 By ___/s/_____
                                   Robert M. Bramson
24                                 Daniel E. Birkhaeuser
25                                 Leonard Bennett
                                   Matthew J. Erausquin
                                   Attorneys for Plaintiff
26                                 LARRY CAMPBELL

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti
8/8/12

