**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN (SBN: 191155)
NATALJA FULTON (SBN: 254858)
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
PHYSICIANS INTEGRATED
MEDICAL GROUP, INC. (a dissolved California corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>HILL PHYSICIANS MEDICAL GROUP, INC., PHYSICIANS INTEGRATED MEDICAL GROUP, INC.,<br><br>Defendants. | Case No. 3:11-cv-04041-SC<br><br>**FURTHER STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT [LOCAL RULE 6-1(A)]**<br><br>**Judge: Honorable Samuel Conti**<br>Amended Complaint Filed: March 23, 2012<br><br>[JURY TRIAL DEMANDED]<br><br><u>CLASS ACTION</u> |

Plaintiff LARRY CAMPBELL ("Plaintiff") and Defendant PHYSICIANS INTEGRATED MEDICAL GROUP, INC. ("Defendant"), through their counsel of record and pursuant to Local Rule 6-1(a), stipulate and extend the time by which this Defendant has to answer or otherwise respond to Plaintiff's Amended Complaint.

**STIPULATION**

WHEREAS, Plaintiff originally filed this action on August 18, 2011;

WHEREAS, Plaintiff filed his Amended Complaint on March 23, 2012;

WHEREAS, Plaintiff served his Amended Complaint naming this Defendant on June 6, 2012, and the current deadline for Defendant's response to the Amended Complaint is August 6,

1  2012;

2  WHEREAS, upon mutual agreement, Plaintiff and Defendant stipulate and agree that this

3  Defendant may have an extension until September 21, 2012, to answer or otherwise respond to

4  Plaintiff's Amended Complaint;

5  WHEREAS, this extension of time will not alter the date of any event or deadline already

6  fixed by the Court;

7  ACCORDINGLY, Plaintiff and Defendant hereby stipulate to an extension of time to

8  September 21, 2012 for Defendant to answer or otherwise respond to Plaintiff's Amended Complaint.

9  **IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  August 8, 2012     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By ___/s/_____
Lisa Barnett Sween
Natalja M. Fulton
Attorneys for Defendant
PHYSICIANS INTEGRATED MEDICAL GROUP, INC.

DATED:  August 8, 2012     **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Robert M. Bramson
Daniel E. Birkhaeuser

**CONSUMER LITIGATION ASSOCIATES, P.C.**
Leonard Bennett
Matthew J. Erausquin

By ___/s/_____
Robert M. Bramson
Daniel E. Birkhaeuser
Leonard Bennett
Matthew J. Erausquin
Attorneys for Plaintiff
LARRY CAMPBELL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti
8/8/12

