**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN (SBN: 191155)
NATALJA FULTON (SBN: 254858)
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
PHYSICIANS INTEGRATED
MEDICAL GROUP, INC. (a dissolved California corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY CAMPBELL,<br><br>         Plaintiff,<br><br>   v.<br><br>HILL PHYSICIANS MEDICAL GROUP, INC.,<br>PHYSICIANS INTEGRATED MEDICAL GROUP, INC.,<br><br>         Defendants. | Case No. 3:11-cv-04041-SC<br><br>**FURTHER STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT [LOCAL RULE 6-1(A)]**<br><br>**Judge: Honorable Samuel Conti**<br>Amended Complaint Filed: March 23, 2012<br><br>[JURY TRIAL DEMANDED]<br><br><u>CLASS ACTION</u> |

   Plaintiff LARRY CAMPBELL ("Plaintiff") and Defendant PHYSICIANS INTEGRATED MEDICAL GROUP, INC. ("Defendant"), through their counsel of record and pursuant to Local Rule 6-1(a), stipulate and extend the time by which this Defendant has to answer or otherwise respond to Plaintiff's Amended Complaint.

**STIPULATION**

   WHEREAS, Plaintiff originally filed this action on August 18, 2011;

   WHEREAS, Plaintiff filed his Amended Complaint on March 23, 2012;

   WHEREAS, Plaintiff served his Amended Complaint naming this Defendant on June 6, 2012, and the current deadline for Defendant's response to the Amended Complaint is September

1  21, 2012;

2  WHEREAS, upon mutual agreement, Plaintiff and Defendant stipulate and agree that this
3  Defendant may have an extension until October 5, 2012, to answer or otherwise respond to
4  Plaintiff's Amended Complaint;

5  WHEREAS, the Parties have a Case Management Conference on December 7, 2012;

6  WHEREAS, this extension of time will not alter the date of any event or deadline already
7  fixed by the Court;

8  ACCORDINGLY, Plaintiff and Defendant hereby stipulate to an extension of time to October
9  5, 2012 for Defendant to answer or otherwise respond to Plaintiff's Amended Complaint.

10 **IT IS SO STIPULATED.**

11                                             Respectfully Submitted,

12 DATED:  September 21, 2012        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

14                                             By ___/s/_____
                                               Lisa Barnett Sween
15                                             Natalja M. Fulton
                                               Attorneys for Defendant
16                                             PHYSICIANS INTEGRATED MEDICAL GROUP, INC.

18 DATED:  September 21, 2012        **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
                                               Robert M. Bramson
19                                             Daniel E. Birkhaeuser

20                                             **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                               Leonard Bennett
21                                             Matthew J. Erausquin

23                                             By ___/s/_____
                                               Robert M. Bramson
24                                             Daniel E. Birkhaeuser
25                                             Leonard Bennett
                                               Matthew J. Erausquin
26                                             Attorneys for Plaintiff
                                               LARRY CAMPBELL

IT IS SO ORDERED
Judge Samuel Conti

