**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN (SBN: 191155)
NATALJA FULTON (SBN: 254858)
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
PHYSICIANS INTEGRATED
MEDICAL GROUP, INC. (a dissolved California corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY CAMPBELL,<br><br>             Plaintiff,<br><br>  v.<br><br>HILL PHYSICIANS MEDICAL GROUP, INC.,<br>PHYSICIANS INTEGRATED MEDICAL<br>GROUP, INC.,<br><br>             Defendants. | Case No. 3:11-cv-04041-SC<br><br>**STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;<br>[PROPOSED] ORDER**<br><br>**Judge: Honorable Samuel Conti**<br>Amended Complaint Filed: March 23, 2012<br><br>[JURY TRIAL DEMANDED]<br><br>CLASS ACTION |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS Plaintiff, LARRY CAMPBELL, and Defendant, PHYSICIANS INTEGRATED MEDICAL GROUP, INC., have completed the necessary conditions of their settlement agreement, and it is HEREBY STIPULATED by and between the parties to this action, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal

1 | Rule of Civil Procedure 41.

2 | Each side shall bear their own costs and fees.

3 | **IT IS SO STIPULATED.**

4 | Respectfully Submitted,

5 | DATED:  November 29, 2012        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

7 | By ___/s/ Natalja M. Fulton___
Lisa Barnett Sween
Natalja M. Fulton
Attorneys for Defendant
PHYSICIANS INTEGRATED MEDICAL GROUP, INC.

11 | DATED:  November 29, 2012        **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Robert M. Bramson
Daniel E. Birkhaeuser

**CONSUMER LITIGATION ASSOCIATES, P.C.**
Leonard Bennett
Matthew J. Erausquin

By ___/s/ Matthew J. Erausquin___
Robert M. Bramson
Daniel E. Birkhaeuser
Leonard Bennett
Matthew J. Erausquin
Attorneys for Plaintiff
LARRY CAMPBELL

**IT IS SO ORDERED.**

DATED: 11/29/12

Honorable Samuel Conti
United States District Judge, Northern District of California

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" with signature of Judge Samuel Conti]*