**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN (SBN: 191155)
NATALJA FULTON (SBN: 254858)
333 Bush Street, Suite 1100
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile:  (415) 434-0882

Attorneys for Defendant
PHYSICIANS INTEGRATED
MEDICAL GROUP, INC. (a dissolved California corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY CAMPBELL,<br><br>                Plaintiff,<br><br>  v.<br><br>HILL PHYSICIANS MEDICAL GROUP, INC., PHYSICIANS INTEGRATED MEDICAL GROUP, INC.,<br><br>                Defendants. | Case No. 3:11-cv-04041-SC<br><br>**STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**<br><br>**Judge: Honorable Samuel Conti**<br>Amended Complaint Filed: March 23, 2012<br><br>[JURY TRIAL DEMANDED]<br><br>CLASS ACTION |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS Plaintiff, LARRY CAMPBELL, and Defendant, PHYSICIANS INTEGRATED MEDICAL GROUP, INC., have completed the necessary conditions of their settlement agreement, and it is HEREBY STIPULATED by and between the parties to this action, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal

1  Rule of Civil Procedure 41.

2  Each side shall bear their own costs and fees.

3  **IT IS SO STIPULATED.**

4  　　　　　　　　　　　　　　　　Respectfully Submitted,

5  DATED:  November 29, 2012　　　**LEWIS BRISBOIS BISGAARD & SMITH LLP**

7  　　　　　　　　　　　　　　　　By ____/s/ Natalja M. Fulton_____
   　　　　　　　　　　　　　　　　Lisa Barnett Sween
8  　　　　　　　　　　　　　　　　Natalja M. Fulton
   　　　　　　　　　　　　　　　　Attorneys for Defendant
9  　　　　　　　　　　　　　　　　PHYSICIANS INTEGRATED MEDICAL GROUP, INC.

11 DATED:  November 29, 2012　　　**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
   　　　　　　　　　　　　　　　　Robert M. Bramson
12 　　　　　　　　　　　　　　　　Daniel E. Birkhaeuser

13 　　　　　　　　　　　　　　　　**CONSUMER LITIGATION ASSOCIATES, P.C.**
   　　　　　　　　　　　　　　　　Leonard Bennett
14 　　　　　　　　　　　　　　　　Matthew J. Erausquin

16 　　　　　　　　　　　　　　　　By ____/s/ Matthew J. Erausquin_____
   　　　　　　　　　　　　　　　　Robert M. Bramson
17 　　　　　　　　　　　　　　　　Daniel E. Birkhaeuser
   　　　　　　　　　　　　　　　　Leonard Bennett
18 　　　　　　　　　　　　　　　　Matthew J. Erausquin
   　　　　　　　　　　　　　　　　Attorneys for Plaintiff
19 　　　　　　　　　　　　　　　　LARRY CAMPBELL

21 **IT IS SO ORDERED.**

23 DATED: __11/29/12_____　　　　_____
   　　　　　　　　　　　　　　　　Honorable Samuel Conti
24 　　　　　　　　　　　　　　　　United States District Court, Northern District of California

*IT IS SO ORDERED*
*Judge Samuel Conti*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW